# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __GEORGIA__

FILED IN CLERK'S OFFICE
U.S.D.C. Gainesville
DEC 22 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA
V.

__Charles Tomlin__
Defendant

APPEARANCE BOND

Case Number: __2:10-mj-84-SSC__

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _____ , and there has been deposited in the Registry of the Court the sum of
$ __15,000__ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant __Charles Tomlin__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __12/22/10__ at __Gainesville, Georgia__
Date                                                    Place

X Defendant __Charles Tomlin__ Address __5926 Bunssie Ridge Lane__
X Surety __Shai Neu, Am Surety__ Address __Ellenwood, Ga 30294__
Surety _____ Address __196 Peachtree St, Atlk GA 30303__

Signed and acknowledged before me __12/22/10__
Date

Judge/Clerk
Approved __Susan Cole__

THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

**POWER AMOUNT** $25,000

JUN. 29. 2011

**American Surety Company**
P.O. Box 68932, Indianapolis, IN 46268

AS25 **195482**

KNOW ALL MEN BY THESE PRESENTS: that AMERICAN SURETY COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. The obligation of the company shall not exceed the sum of

TWENTY-FIVE THOUSAND ($25,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, AMERICAN SURETY COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _22nd_ day of _Dec_, 20_10_.

Bond Amount $ _15000.00_  Appearance Date _____
Defendant: _Charles Tomlin_
Court _Federal_   Case # _____
County _____ City _____ St. ___ Zip _____
Offense _____ MP
Executing Agent _[signature]_ MP

AMERICAN SURETY COMPANY

[SEAL — AMERICAN SURETY COMPANY • INDIANA]

_William B Carmichael_
President

ASC-9E