**ORIGINAL**

FILED IN CHAMBERS
U.S. D.C. Atlanta

JAN 1 9 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. **2 11-CR-002** |
| CHARLES TOMLIN, | : | |
| a/k/a Rick Tomlin | : | |

THE GRAND JURY CHARGES THAT:

On or about November 9, 2010, in the Northern District of
Georgia, the defendant, CHARLES TOMLIN, a/k/a Rick Tomlin, did
willfully and knowingly make and cause to be made a materially
false, fictitious, and fraudulent statement and representation in
a matter within the jurisdiction of a department or agency of the
United States by falsely claiming that employees or persons posing
as employees of the Environmental Protection Agency had assessed
fines against his place of business for alleged violations of
environmental laws and regulations, when the defendant, CHARLES

TOMLIN, knew that such statement and representation was false, in violation of Title 18, United States Code, Section 1001.

A _____ True _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

PAUL R. JONES
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 402617